JACK R. FINNEGAN
12575 Catalina Drive
Santa Ana, CA 92705
714-544-3247
Plaintiff, Pro Se

FILED
CLERK, U.S. DISTRICT COURT

SEP - 8 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**PAID**
I/S

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JACK R. FINNEGAN

Plaintiff
v.

United States Agencies, Officer,
Theodor C. Albert, Inferior Officer

Defendant

CASE No: B:25-CV-02014-JVS-KES
Dept:
Central District, Southern Division

**COMPLAINT FOR DAMAGES FOR**
1. 28 USC §3014. Exempt Property
2. U. S. Constitution Art. 1, §8[4]
3. U. S. Constitution Art. 1, §8[18]
4. U. S. Constitution Art. III, §1
5. U. S. Constitution Art. III, §1, 2[1]
6. U. S. Constitution Art. IV, §2[1]
7. U. S. Constitution Art. VI, [2]
8. U. S. Constitution 4th Amendment
9. U. S. Constitution 5th Amendment
10. U. S. Constitution 5th Amendment
11. U. S. Constitution 6th Amendment
12. U. S. Constitution 9th Amendment
13. U. S. Constitution 14th Amendment
14. U. S. Constitution 14th Amendment
15. 28 USC §152(a)(1)(b)(3)(e)
16. 28 USC §157(b)(1)(B)(C)(c)(1)(d)
17. 28 USC §453
18. 28 USC §455(a)(b)(1)
19. 28 USC §564
20. 28 USC §566(a)(b)(c)(d)
21. 28 USC §586(a)(1)(2)(3)(A)(ii)
22. 28 USC §586(a)(3)(F)
23. 28 USC §586(a)(3)(H)

Complaint for Damages -1-

|   |   |
|---|---|
| ) | 24. 28 USC §586(a)(5) |
| ) | 25. 28 USC §1331 |
| ) | 26. 28 USC §1334(a)(b)(c)(1)(2)(d)(e) |
| ) | 27. 28 USC §1343(a) |
| ) | 28. 28 USC §1356 |
| ) | 29. 28 USC §1357 |
| ) | 30. 28 USC §1361 |
| ) | 31. 28 USC §1367(a) |
| ) | 32. 28 USC §1409(a)(e) |
| ) | 33. 28 USC §1411(a) |
| ) | 34. 28 USC §1452(a)(b) |
| ) | 35. 28 USC §1652 |
| ) | 36. 28 USC §1657(a) |
| ) | 37. 28 USC §1733(a) |
| ). | 38. 28 USC §1826(a) |
| ) | 39. 28 USC §1964 |
| ) | 40. 28 USC §2001 |
| ) | 41. 28 USC §2005 |
| ) | 42. 28 USC §3102(a)(1) |
| ) | 43. 28 USC §3102(g)(2)(3)(4), |
| ) | 44. 28 USC §3203(a) |
| ) | 45. 18 USC §152(4)(5)(6))(8) |
| ) | 46. 18 USC §153 |
| ) | 47. !8 USC §157 |
| ) | 48. 18 USC §1519 |
| ) | 49. 11 USC §101(5) |
| ) | 50. 11 USC §101(10) |
| ) | 51. 11 USC §101(12) |
| ) | 52. 11 USC §101(27) |
| ) | 53. 11 USC §101(32) |
| ) | 54. 11 USC §101(51D) |
| ) | 55. 11 USC §102(1)(A)(B)(1) |
| ) | 56. 11 USC §105(a)(c) |
| ) | 57. 11 USC §106(b) |
| ) | 58. 11 USC §109(a) |
| ) | 59. 11 USC §301(a)(b) |
| ) | 60. 11 USC §322(a) |
| ) | 61. 11 USC §323(a)(b) |
| ) | 62. 11 USC §324(a)(b) |
| ) | 63. 11 USC §326(a)(d) |
| ) | 64. 11 USC §327(a) |
| ) | 65. 11 USC §328(a)(b)(c) |
| ) | 66. 11 USC §330(a)(3)(A)(B)(C)(D)(F) |
| ) | 67. 11 USC §330(4)(A)(i)(ii)(I)(II) |

Complaint for Damages -2-

|   |   |
|---|---|
| ) | 68. 11 USC §341(a)(b)(c) |
| ) | 69. 11 USC §348(a)(b)(c) |
| ) | 70. 11 USC §350(b) |
| ) | 71. 11 USC §362(a)(1-6)(c)(1)(2)(d) |
| ) | 72. 11 USC §363(a)(b)(1)(c)(1)(f)(1)(2) |
| ) | 73. 11 USC §365(b)(2)(A)(c)(1)(B)(e) |
| ) | 74. 11 USC §501(a) |
| ) | 75. 11 USC §502(b)(1)(5)(e)(1)(A)(B) |
| ) | 76. 11 USC §522(b)(1)(3)(A)(o)(1)(p)(1)(A) |
| ) | 77. 11 USC §524(a)(b)(d)(g)(1)(A)(2)(4)(A) |
| ) | 78. 11 USC §525(a)(b)(d)(1)(2)(3) |
| ) | 79. 11 USC §541(b)(1) |
| ) | 80. 11 USC §546(a)(1)(A)(B)(b)(1)(2)(e)(1) |
| ) | 81. 11 USC §547(b)(3)(f)(g) |
| ) | 82. 11 USC §551(b)(1) |
| ) | 83. 11 USC §558(a) |
| ) | 84. 11 USC §1101(1) |
| ) | 85. 11 USC §1102(a)(1) |
| ) | 86. 11 USC §1104(a)(1)(2)(b)(1)(2)(c)(1)(2) |
| ) | 87. 11 USC §1105 |
| ) | 88. 11 USC §1106(a)(4)(A) |
| ) | 89. 11 USC §1107(a)(b) |
| ) | 90. 11 USC §1111(a)(b)(1)(A) |
| ) | 91. 11 USC§1112(a)(b)(1)(2)(e) |
| ) | 92. 11 USC §1115(a)(b) |
| ) | 93. 11 USC §1129(a)(b)(1)(f) |
| ) | 94. 42 USC §§1963, 1983, 1985 |
| ) | 95. BKR 11 USC Rule 1001 |
| ) | 96. BKR 11 USC Rule 1002 |
| ) | 97. BKR 11 USC Rule 1009(a) |
| ) | 98. BKR 11 USC Rule 1011 |
| ) | 99. BKR 11 USC Rule 1019 |
| ) | 100. BKR 11 USC Rule 1020 |
| ) | 101. BKR 11 USC Rule 2003(a) |
| ) | 102. BKR 11 USC Rule 2003(a)(b) |
| ) | 103. BKR 11 USC Rule 2004(a)(b) |
| ) | 104. BKR 11 USC Rule 2007.1(a)(b)(c) |
| ) | 105. BKR 11 USC Rule 2011(a)(b)(c) |
| ) | 106. BKR 11 USC Rule 2014(a) |
| ) | 107. BKR 11 USC Rule 2015(a)(1)(5)(6) |
| ) | 108. BKR 11 USC Rule 2015.3(a)(b)(d) |
| ) | 109. BKR 11 USC Rule 2016(a) |
| ) | 110. BKR 11 USC Rule 2019 |
| ) | 111. BKR 11 USC Rule 3001(a)(b)(c) |

Complaint for Damages -3-

)    112. BKR 11 USC Rule 3002(a)(c)(1)(6)
)    113. BKR 11 USC Rule 3003(a)(b)(1)(c)
)    114. BKR 11 USC Rule 3007
)    115. BKR 11 USC Rule 3016
)    116. BKR 11 USC Rule 3017.1
)    117. BKR 11 USC Rule 4001(a)(d)
)    118. BKR 11 USC Rule 4003(a)(b)(c)
)    119. BKR 11 USC Rule 4004(a)(b)(c)(d)(g)
)    120. BKR 11 USC Rule 4005
)    121. BKR 11 USC Rule 4007(a)(b)(c)
)    122. BKR 11 USC Rule 5002(a)(b)
)    123. BKR 11 USC Rule 5004(a)(b)
)    124. BKR 11 USC Rule 5010
)    125. BKR 11 USC Rule 5011(a)
)    126. BKR 11 USC Rule6004(a)(b)(c)(e)(f)(g)
)    127. BKR 11 USC Rule6005
)    128. BKR 11 USC Rule 6008
)    129. BKR 11 USC Rule 6009
)    130. BKR 11 Rule 7001(1)(2)(4)(9)(10)
)    131. BKR 11 Rule 7002
)    132. BKR 11 Rule 7003
)    133. BKR 11 USC Rule 7004(a)(b)
)    134. BKR 11 USC Rule 7008
)    135. BKR 11 USC Rule 7012(a)(b)
)    136. BKR 11 USC Rule 7041
)    137. BKR 11 USC Rule 7052
)    138. BKR 11 USC Rule 7064
)    139. BKR 11 USC Rule 7069
)    140. BKR 11 Rule 9001
)    141. BKR 11 Rule 9003(a)
)    142. BKR 11 Rule 9006(a)(b)
)    143. BKR 11 Rule 9009(a)
)    144. BKR 11 Rule 9010(c)
)    145. BKR 11 Rule 9011(b)(1)(2)(3)(4)
)    146. BKR 11 Rule 9014(a)(c)
)    147. BKR 11 Rule 9017
)    148. BKR 11 Rule 9029(a)(1)
)    149. BKR 11 Rule 9033(a)(c)(d)
)    150. 11 USC Form #410
)    151. Local Rule 1017-1(a)(3)
)    152. Local Rule 2004-1(b)(c)
)    153. Local Rule 3003-1
)    154. Local Rule 3007-1(a)(1)
)    155. Local Rule 3007-1(b)(1)

Complaint for Damages -4-

|   |   |
|---|---|
| ) | 156. Local Rule 4001-1 |
| ) | 157. Local Rule 4002-1 |
| ) | 158. Local Rule 5011-1 |
| ) | 159. Local Rule 7008-1 |
| ) | 160. Local Rule 9013-1(a)(1) |
| ) | 161. Local Rule 9013-4 |
| ) | 162. USLA 5.1 |
| ) | 163. Notice of Chapter 11 Bankruptcy |

**JURISDICTION, 28 USC §1334, 28 USC §1343,**

**DEMAND FOR JURY TRIAL PURSUANT TO UNITED STATES CONSTITUTION AMENDANT VII, [1791], and FRCivP Rule 38(b).**

**DEMAND FOR JURY TRIAL PURSUANT TO CALIFORNIA CONSTITUTION Article 1, Section 16.**

**Inferior Officer pursuant to the Constitution does not qualify as a Article III Judge, was formerly regarded as a Bankruptcy Referee.**

**General Allegation, 8:18-bk-10762-TA**

1.    Plaintiff has relied on the vested rights of the United States and California Constitutions, Federal Statutes and Codes, California Statutes and Codes, decisional law and the fraudulent misuse of laws.

2.    Plaintiff an Architect, purchased the property at 871 Avenida Acapulco, Lot 14, Tract 8187, San Clement, Orange County California, on **May 12, 1987**, the plans were designed by plaintiff, built by plaintiff, a General Contractor, a permit was taken with the San Clemente Building Department permit #87-969, on **July 10, 1987**, Finnegan has owned the property for 39 years.

3.    Plaintiff is informed and believes and based thereon allege, that defendants violated Plaintiff's Federal and California Constitutional Rights and denied Statutes, Rules, other Codes and laws as stated in the complaint, pursuant to Bankruptcy Case #8:18-bk-10762-TA.

Complaint for Damages 4-5

**4.**    **California Constitution** is a valid document and applicable in all Federal Courts by virtue of the United States Constitution, 10th Amendment, (1791) "The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

**5.**    11 USC §301, specifies the manner in which a voluntary bankruptcy case is commenced, and triggers the Automatic Stay of 11 USC §362.

## COUNT 1-28 USC §3014, EXEMPT PROPERTY

**6.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 5 inclusive of the Complaint as though set forth in full.

**7.**    Federal Law 28 USC §3014(a)(2)(B)(a)(3) specifically states, that the Real and Personal property located at 871 Avenida Acapulco, San Clemente, California is Exempt. Federal law 11 USC §541(b)(1) specifically states, **"A Trust is not Property of the Estate".** Federal law 11 USC §1115(a)(b), defines property of the Estate. See also CCP 764.020. A copy of the Notarized Trust that was also recorded with the County of Orange, County Recorder is included, pursuant to California Evidence Code §§1413, 1414(b), 1451, 1452(f), and ARTICLE IV (A)(B)(C)(D) of the Revocable Living Trust as Exhibit "A". See also Probate Code §82. The filing of the Jack R. Finnegan Living Trust complies with Federal Evidence Code Rule 901(a)(b)(7), and California Evidence Code §§1413, 1414, 1451, 1452(f), 1530, 1532, 1600, and the California Probate Code.

**8.**    The property pursuant to 28 USC §3014 was exempt, the estate had no nonexempt property, to Plaintiff's detriment.

## COUNT 2-U. S. CONSTITUTION ART. 1, §8[4]

9.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 8 inclusive of the Complaint as though set forth in full.

10.    On **March 6, 2018**, Defendants ignored the provisions of United States Constitution Art. 1 §8[4], to Plaintiff's detriment.

## COUNT 3-U. S. CONSTITUTION ART. 1, §8[18]

11.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 10 inclusive of the Complaint as though set forth in full.

12.    On **March 6, 2018**, Defendants ignored the provisions of United States Constitution Art. 1 §8[4], to Plaintiff's detriment.

## COUNT 4-U. S. CONSTITUTION ART. 1II §1

13.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 12 inclusive of the Complaint as though set forth in full.

14.    On **March 6, 2018**, Defendants ignored the provisions of United States Constitution Article III Sections 1, **Judicial Power**, to Plaintiff's detriment.

## COUNT 5 U. S. CONSTITUTION ART. 1II §1, 2[1]

15.    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 14 inclusive of the Complaint as though set forth in full.

16.    On **March 6, 2018**, Defendants ignored the provisions of United States Constitution Article III Sections 1, 2[1], **Judicial Standing**, to Plaintiff's detriment.

Complaint for Damages -7-

## COUNT 6- U. S. CONSTITUTION ART. IV §2[1]

**17.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 16 inclusive of the Complaint as though set forth in full.

**18.**    On **March 6, 2018**, Defendants ignored the provisions of United States Constitution Article IV Sections 1, 2[1], **Privileges**, to Plaintiff's detriment.

## COUNT 7- U. S. CONSTITUTION ART. VI §2

**19.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 18 inclusive of the Complaint as though set forth in full.

**20.**    On **March 6, 2018**, Defendants ignored the provisions of United States Constitution Article IV Sections 1, 2[1], , **Supremacy**, to Plaintiff's detriment.

## COUNT 8- U. S. CONSTITUTION 4th AMENDMENT

**21.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 20 inclusive of the Complaint as though set forth in full.

**22.**    On **March 6, 2018**, Defendants ignored the provisions of United States Constitution 4th Amendment, **Probable Cause**, to Plaintiff's detriment.

## COUNT 9- U. S. CONSTITUTION 5th AMENDMENT

**23.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 22 inclusive of the Complaint as though set forth in full.

**24.**    On **March 6, 2018**, Defendants ignored the provisions of United States Constitution 5th Amendment, **Due Process,** to Plaintiff's detriment.

## COUNT 10- U. S. CONSTITUTION 5th AMENDMENT

**25.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 24 inclusive of the Complaint as though set forth in full.

**26.** On **March 6, 2018**, Defendants ignored the provisions of United States Constitution 4th Amendment, **Taking**, to Plaintiff's detriment.

## COUNT 11- U. S. CONSTITUTION 6th AMENDMENT

**27.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 26 inclusive of the Complaint as though set forth in full.

**28.** On **March 6, 2018**, Defendants ignored the provisions of the United States Constitution 6th Amendment, of **Confrontation**, to Plaintiff's detriment.

## COUNT 12- U. S. CONSTITUTION 9thAMENDMENT

**29.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 28 inclusive of the Complaint as though set forth in full.

**30.** On **March 6, 2018**, Defendants ignored the provisions of the United States Constitution 9th Amendment, of **Certain Rights**, to Plaintiff's detriment.

## COUNT 13- U. S. CONSTITUTION 14thAMENDMENT

**31.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 30 inclusive of the Complaint as though set forth in full.

**32.** On **March 6, 2018**, Defendants ignored the provisions of the United States Constitution 14th Amendment, of **Due Process**, to Plaintiff's detriment.

## COUNT 14- U. S. CONSTITUTION 14th AMENDMENT

**33.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 32 inclusive of the Complaint as though set forth in full.

**34.**    On **March 6, 2018**, Defendants ignored the provisions of the United States Constitution 14th Amendment, of **Equal Protection**, to Plaintiff's detriment.

## COUNT 15- 28 USC §152(a)(1)(b)(3)(e)

**35.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 34 inclusive of the Complaint as though set forth in full.

**36.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §152(a)(1)(b)(3), of **Appointment**, to Plaintiff's detriment.

## COUNT 16- 28 USC §157(b)(1)(B)(C)(c)(1)(d)

**37.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 36 inclusive of the Complaint as though set forth in full.

**38.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §157(b)(1)(B)(C)(c)(1)(d), of **Procedures**, to Plaintiff's detriment.

## COUNT 17- 28 USC §453

**39.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 38 inclusive of the Complaint as though set forth in full.

**40.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §453, of **Oaths**, to Plaintiff's detriment.

### COUNT 18- 28 USC §455(a)(b)(1)

**41.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 40 inclusive of the Complaint as though set forth in full.

**42.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §455(a)(b)(1), of **Disqualification**, to Plaintiff's detriment.

### COUNT 19- 28 USC §564

**43.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 42 inclusive of the Complaint as though set forth in full.

**44.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §564, of **Powers within a State**, to Plaintiff's detriment.

### COUNT 20- 28 USC §566(a)(b)(c)(d)

**45.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 44 inclusive of the Complaint as though set forth in full.

**46.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §566(a)(b)(c)(d), of **Powers and Duties**, to Plaintiff's detriment.

### COUNT 21- 28 USC §586(a)(1)(2)(3)(A)(ii)

**47.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 46 inclusive of the Complaint as though set forth in full.

Complaint for Damages -11-

**48.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §586(a)(1)(2)(3)(A)(ii), of **Duties U. S. Trustee**, to Plaintiff's detriment.

### COUNT 22- 28 USC §586(a)(3)(F)

**49.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 48 inclusive of the Complaint as though set forth in full.

**50.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §586(a)(3)(F), of **Notifying U. S. Attorney**, to Plaintiff's detriment.

### COUNT 23- 28 USC §586(a)(3)(H)

**51.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 50 inclusive of the Complaint as though set forth in full.

**52.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §586(a)(3)(H), of **Small Business**, to Plaintiff's detriment.

### COUNT 24- 28 USC §586(a)(5)

**53.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 52 inclusive of the Complaint as though set forth in full.

**54.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §586(a)(5), of **Consistent with Title 11**, to Plaintiff's detriment.

### COUNT 25- 28 USC §1331

**55.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 54 inclusive of the Complaint as though set forth in full.

Complaint for Damages -12-

**56.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §1331 of **Federal Question**, to Plaintiff's detriment.


## COUNT 26- 28 USC §1334(a)(b)(c)(1)(2)(d)(e)

**57.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 56 inclusive of the Complaint as though set forth in full.

**58.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §1334(a)(b)(c)(1)(2)(d)(e), of **D. C. Jurisdiction**, to Plaintiff's detriment.


## COUNT 27- 28 USC §1343(a)

**59.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 58 inclusive of the Complaint as though set forth in full.

**60.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §1343(a), of **Civil Rights**, to Plaintiff's detriment.


## COUNT 28- 28 USC §1356

**61.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 60 inclusive of the Complaint as though set forth in full.

**62.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §1356, of **Seizure**, to Plaintiff's detriment.

### COUNT 29- 28 USC §1357

**63.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 62 inclusive of the Complaint as though set forth in full.

**64.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §1357, of **Injuries**, to Plaintiff's detriment.

### COUNT 30- 28 USC §1361

**65.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 64 inclusive of the Complaint as though set forth in full.

**66.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §1361 **Compel**, to Plaintiff's detriment.

### COUNT 31- 28 USC §1367(a)

**67.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 66 inclusive of the Complaint as though set forth in full.

**68.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §1367(a) **Supplemental Jurisdiction**, to Plaintiff's detriment.

### COUNT 32- 28 USC §1409(a)(e)

**69.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 68 inclusive of the Complaint as though set forth in full.

**70.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §1409(a)(c) **Venue**, to Plaintiff's detriment.

Complaint for Damages -14-

### COUNT 33- 28 USC §1411(a)

**71.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 70 inclusive of the Complaint as though set forth in full.

**72.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §1411(a) **Jury Trials**, to Plaintiff's detriment.

### COUNT 34- 28 USC §1452(a)(b)

**73.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 72 inclusive of the Complaint as though set forth in full.

**74.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §1452(a)(b) **Removal of Claims**, to Plaintiff's detriment.

### COUNT 35- 28 USC §1652

**75.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 74 inclusive of the Complaint as though set forth in full.

**76.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §1652 **State Laws**, to Plaintiff's detriment.

### COUNT 36- 28 USC §1657(a)

**77.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 76 inclusive of the Complaint as though set forth in full.

**78.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §1657(a) **Priority of Civil Actions**, to Plaintiff's detriment.

Complaint for Damages -15-

### COUNT 37- 28 USC §1733(a)

**79.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 78 inclusive of the Complaint as though set forth in full.

**80.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §1733(a) **Government Records**, to Plaintiff's detriment.

### COUNT 38- 28 USC §1826(a)

**81.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 80 inclusive of the Complaint as though set forth in full.

**82.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §1826(a) **Recalcitrant Witness**, to Plaintiff's detriment.

### COUNT 39- 28 USC §1964

**83.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 82 inclusive of the Complaint as though set forth in full.

**84.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §1964 **Constructive Notice**, to Plaintiff's detriment.

### COUNT 40- 28 USC §2001

**85.**    **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 84 inclusive of the Complaint as though set forth in full.

**86.**    On **March 6, 2018**, Defendants ignored the provisions of 28 USC §2001 **Sale of Realty**, to Plaintiff's detriment.

Complaint for Damages -16-

### COUNT 41- 28 USC §2005

**87.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 86 inclusive of the Complaint as though set forth in full.

**88.** On **March 6, 2018**, Defendants ignored the provisions of 28 USC §2005 **Appraisal of Realty**, to Plaintiff's detriment.

### COUNT 42- 28 USC §3102(a)(1)

**89.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 88 inclusive of the Complaint as though set forth in full.

**90.** On **March 6, 2018**, Defendants ignored the provisions of 28 USC §3102(a)(1) **Attachment**, to Plaintiff's detriment.

### COUNT 43- 28 USC §3102(g)(2)(3)(4)

**91.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 90 inclusive of the Complaint as though set forth in full.

**92.** On **March 6, 2018**, Defendants ignored the provisions of 28 USC §3102(g)(2)(3)(4) **Dissolve Attachment**, to Plaintiff's detriment.

### COUNT 44- 28 USC §3203(a)

**93.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 692 inclusive of the Complaint as though set forth in full.

**94.** On **March 6, 2018**, Defendants ignored the provisions of 28 USC §3203(a) **Execution**, to Plaintiff's detriment.

Complaint for Damages -17-

## COUNT 45- 18 USC §152(4)(5)(6)(8)

**95.**   **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 94 inclusive of the Complaint as though set forth in full.

**96.**   On **March 6, 2018**, Defendants ignored the provisions of 18 USC §152(4)(5)(6)(8) **False Claims**, to Plaintiff's detriment.

## COUNT 46- 18 USC §153

**97.**   **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 96 inclusive of the Complaint as though set forth in full.

**98.**   On **March 6, 2018**, Defendants ignored the provisions of 18 USC §153 **Embezzlement**, to Plaintiff's detriment.

## COUNT 47- 18 USC §157

**99.**   **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 98 inclusive of the Complaint as though set forth in full.

**100.**   On **March 6, 2018**, Defendants ignored the provisions of 18 USC §157 **Fraud**, to Plaintiff's detriment.

## COUNT 48- 18 USC §1519

**101.**   **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 100 inclusive of the Complaint as though set forth in full.

**102.**   On **March 6, 2018**, Defendants ignored the provisions of 18 USC §1519 **Obstruction of Justice**, to Plaintiff's detriment.

## COUNT 49- 11 USC §101(5)

**103.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 102 inclusive of the Complaint as though set forth in full.

**104.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §101(5) **Claim**, to Plaintiff's detriment.

## COUNT 50- 11 USC §101(10)

**105.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 104 inclusive of the Complaint as though set forth in full.

**106.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §101(10) **Creditor**, to Plaintiff's detriment.

## COUNT 51- 11 USC §101(12)

**107.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 106 inclusive of the Complaint as though set forth in full.

**108.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §101(12) **Debt**, to Plaintiff's detriment.

## COUNT 52- 11 USC §101(27)

**109.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 108 inclusive of the Complaint as though set forth in full.

**110.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §101(27) **United States Unit**, to Plaintiff's detriment.

Complaint for Damages -19-

## COUNT 53- 11 USC §101(32)

**111.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 110 inclusive of the Complaint as though set forth in full.

**112.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §101(32) **Insolvent**, to Plaintiff's detriment.

## COUNT 54- 11 USC §101(51)D

**113.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 112 inclusive of the Complaint as though set forth in full.

**114.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §101(51)D **Small Business**, to Plaintiff's detriment.

## COUNT 55- 11 USC §102(1)(A)(B)(1)

**115.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 114 inclusive of the Complaint as though set forth in full.

**116.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §102(1)(A)(B)(1) **Rules of Construction**, to Plaintiff's detriment.

## COUNT 56- 11 USC §105(a)(c)

**117.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 116 inclusive of the Complaint as though set forth in full.

**118.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §105(a)(c)(B) **Power of Court**, to Plaintiff's detriment.

Complaint for Damages -20-

## COUNT 57- 11 USC §106(b)

**119.    PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 118 inclusive of the Complaint as though set forth in full.

**120.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §102(b), **Waiver of Sovereign Immunity**, to Plaintiff's detriment.

## COUNT 58- 11 USC §109(a)

**121.    PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 120 inclusive of the Complaint as though set forth in full.

**122.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §109(a), **Who may be a Debtor**, to Plaintiff's detriment.

## COUNT 59- 11 USC §301(a)(b)

**123.    PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 122 inclusive of the Complaint as though set forth in full.

**124.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §109(a), **Voluntary Cases**, to Plaintiff's detriment.

## COUNT 60- 11 USC §322(a)

**125.    PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 124 inclusive of the Complaint as though set forth in full.

**126.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §322(a), **Qualification of Trustee**, to Plaintiff's detriment.

Complaint for Damages -21-

### COUNT 61- 11 USC 8323(a)(b)

**127.   PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 126 inclusive of the Complaint as though set forth in full.

**128.**   On **March 6, 2018**, Defendants ignored the provisions of 11 USC 8323(a)(b), **Role & Capacity of Trustee**, to Plaintiff's detriment.

### COUNT 62- 11 USC 8324(a)(b)

**129.   PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 128 inclusive of the Complaint as though set forth in full.

**130.**   On **March 6, 2018**, Defendants ignored the provisions of 11 USC 8324(a)(b), **Removal of Trustee**, to Plaintiff's detriment.

### COUNT 63- 11 USC 8326(a)(d)

**131.   PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 130 inclusive of the Complaint as though set forth in full.

**132.**   On **March 6, 2018**, Defendants ignored the provisions of 11 USC 8326(a)(d), **Limitation on Compensation**, to Plaintiff's detriment.

### COUNT 64- 11 USC 8327(a)

**133.   PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 132 inclusive of the Complaint as though set forth in full.

**134.**   On **March 6, 2018**, Defendants ignored the provisions of 11 USC 8327(a), **Employment of Professionals**, to Plaintiff's detriment.

Complaint for Damages -22-

### COUNT 65- 11 USC §328(a)(b)(c)

**135.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 134 inclusive of the Complaint as though set forth in full.

**136.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §328(a)(b)(c), **Limitation on Compensation**, to Plaintiff's detriment.

### COUNT 66- 11 USC §330(a)(3)(A)(B)(C)(D)(F)

**137.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 136 inclusive of the Complaint as though set forth in full.

**138.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §330(a)(3)(A)(B)(C)(D)(F), **Compensation of Officers**, to Plaintiff's detriment.

### COUNT 67- 11 USC §330(4)(A)(i)(ii)(I)(II)

**139.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 138 inclusive of the Complaint as though set forth in full.

**140.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §330(4)(A)(i)(ii)(I)(II), **Unnecessary Service**, to Plaintiff's detriment.

### COUNT 68- 11 USC §341(a)(b)(c)

**141.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 140 inclusive of the Complaint as though set forth in full.

**142.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §341(a)(b)(c), **Meeting of Creditors**, to Plaintiff's detriment.

<u>COUNT 69- 11 USC §348(a)(b)(c)</u>

**143.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 142 inclusive of the Complaint as though set forth in full.

**144.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §348(a)(b)(c), **Effect of Conversion**, to Plaintiff's detriment.

<u>COUNT 70- 11 USC §350(b)</u>

**145.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 144 inclusive of the Complaint as though set forth in full.

**146.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §350(b), **Reopening Case**, to Plaintiff's detriment.

<u>COUNT 71- 11 USC §362(a)(1-6)(c)(1)(2)(d)</u>

**147.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 146 inclusive of the Complaint as though set forth in full.

**148.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §362(a)(1-6)(c)(1)(2)(d), **Automatic Stay**, to Plaintiff's detriment.

<u>COUNT 72- 11 USC §363(a)(b)(1)(c)(1)(f)(1)(2)</u>

**149.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 106 inclusive of the Complaint as though set forth in full.

**150.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §363(a)(b)(1)(c)(1)(f)(1)(2), **Sale of Property**, to Plaintiff's detriment.

Complaint for Damages -24-

## COUNT 73- 11 USC §365(b)(2)(A)(c)(1)(B)(e)

**151.**   **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 150 inclusive of the Complaint as though set forth in full.

**152.**   On **March 6, 2018**, Defendants ignored the provisions of 11 USC §365(b)(2)(A)(c)(1)(B)(e), **Executory Contracts**, to Plaintiff's detriment.

## COUNT 74- 11 USC §501(a)

**153.**   **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 152 inclusive of the Complaint as though set forth in full.

**154.**   On **March 6, 2018**, Defendants ignored the provisions of 11 USC §501(a), **Claims**, to Plaintiff's detriment.

## COUNT 75- 11 USC §502(b)(1)(5)(e)(1)(A)(B)

**155.**   **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 154 inclusive of the Complaint as though set forth in full.

**156.**   On **March 6, 2018**, Defendants ignored the provisions of 11 USC §502(b)(1)(5)(e)(1)(A)(B), **Claims**, to Plaintiff's detriment.

## COUNT 76- 11 USC §522(b)(1)(3)(A)(o)(1)(p)(1)(A)

**157.**   **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 156 inclusive of the Complaint as though set forth in full.

**158.**   On **March 6, 2018**, Defendants ignored the provisions of 11 USC §522(b)(1)(3)(A)(o)(1)(A), **Qualification Trust**, to Plaintiff's detriment.

### COUNT 77- 11 USC §524(a)(b)(d)(g)(1)(A)(2)(4)(A)

**159.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 158 inclusive of the Complaint as though set forth in full.

**160.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §524(a)(b)(d)(g)(1)(A)(2)(4)(A), **Effect 0f Discharge**, to Plaintiff's detriment.

### COUNT 78- 11 USC §525(a)(b)(d)(1)(2)(3)

**161.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 160 inclusive of the Complaint as though set forth in full.

**162.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §525(a)(b)(d)(1)(2)(3), **Discriminatory Treatment**, to Plaintiff's detriment.

### COUNT 79- 11 USC §541(b)(1)

**163.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 162 inclusive of the Complaint as though set forth in full.

**164.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §541(b)(1), **Property of Estate**, to Plaintiff's detriment.

### COUNT 80- 11 USC §546(a)(1)(A)(B)(b)(1)(2)(e)(1)

**165.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 164 inclusive of the Complaint as though set forth in full.

**166.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §546(a)(1)(A)(B)(b)(1)(2)(e)(1), **Avoiding Powers**, to Plaintiff's detriment.

## COUNT 81- 11 USC §547(b)(3)(f)(g)

**167.  PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 166 inclusive of the Complaint as though set forth in full.

**168.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §547(b)(3)(f)(g), **Preferences**, to Plaintiff's detriment.

## COUNT 82- 11 USC §551(b)(1)

**169.  PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 168 inclusive of the Complaint as though set forth in full.

**170.**  On **March 6, 2018**, Defendants ignored the provisions of 11 USC §551(b)(1), **Preservation Avoiding Powers**, to Plaintiff's detriment.

## COUNT 83- 11 USC §558(a)

**171.  PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 170 inclusive of the Complaint as though set forth in full.

**172.**  On **March 6, 2018**, Defendants ignored the provisions of 11 USC §558(a), **Defense of Estate**, to Plaintiff's detriment.

## COUNT 84- 11 USC §1101(1)

**173.  PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 172 inclusive of the Complaint as though set forth in full.

**174.**  On **March 6, 2018**, Defendants ignored the provisions of 11 USC §1101(1), **Definitions**, to Plaintiff's detriment.

## COUNT 85- 11 USC §1102(a)(1)

**175.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 174 inclusive of the Complaint as though set forth in full.

**176.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §1102(a)(1)**, Committees**, to Plaintiff's detriment.

## COUNT 86- 11 USC §1104(a)(1)(2)(b)(1)(2)(c)(1)(2)

**177.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 176 inclusive of the Complaint as though set forth in full.

**178.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §1104(a)(1)(2)(b)(1)(2)(c)(1)(2)**, Appointment Trustee**, to Plaintiff's detriment.

## COUNT 87- 11 USC §1105

**179.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 178 inclusive of the Complaint as though set forth in full.

**180.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §1105, **Termination Trustee**, to Plaintiff's detriment.

## COUNT 88- 11 USC §1106(a)(4)(A)

**181.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 178 inclusive of the Complaint as though set forth in full.

**182.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §1106(a)(4)(A), **Duties Trustee**, to Plaintiff's detriment.

Complaint for Damages -28-

### COUNT 89- 11 USC §1107(a)(b)

**183.  PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 182 inclusive of the Complaint as though set forth in full.

**184.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §1107(a)(b), **Rights of Debtor**, to Plaintiff's detriment.

### COUNT 90- 11 USC §1111(a)(b)(1)(A)

**185.  PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 184 inclusive of the Complaint as though set forth in full.

**186.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §1111(a)(b)(1)(A), **Claims**, to Plaintiff's detriment.

### COUNT 91- 11 USC §1112(a)(b)(1)(2)(f)

**187.  PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 186 inclusive of the Complaint as though set forth in full.

**188.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §1112(a)(b)(1)(2)(f), **Conversion**, to Plaintiff's detriment.

### COUNT 92- 11 USC §1115(a)(b)

**189.  PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 136 inclusive of the Complaint as though set forth in full.

**190.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §1115(a)(b), **Property Estate**, to Plaintiff's detriment.

### COUNT 93- 11 USC §1129(a)(b)(1)(f)

**191.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 190 inclusive of the Complaint as though set forth in full.

**192.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC §1129(a)(b)(1)(f), **Confirmation**, to Plaintiff's detriment.

### COUNT 94- 42 USC §§1963, 1983, 1985

**193.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 192 inclusive of the Complaint as though set forth in full.

**194.** On **March 6, 2018**, Defendants ignored the provisions of 42 USC §§1963, 1983, 1985, **Treble Damages**, to Plaintiff's detriment.

### COUNT 95- 11 USC Rule 1001

**195.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 194 inclusive of the Complaint as though set forth in full.

**196.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 1001, **Scope of Rules**, to Plaintiff's detriment.

### COUNT 96- 11 USC Rule 1002

**197.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 198 inclusive of the Complaint as though set forth in full.

**198.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 1002, **Commencement of Case**, to Plaintiff's detriment.

Complaint for Damages -30-

### COUNT 97- 11 USC Rule 1009(a)

**199.  PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 198 inclusive of the Complaint as though set forth in full.

**200.**  On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 1009(a), **Amendments to Case**, to Plaintiff's detriment.

### COUNT 98- 11 USC Rule 1011

**201.  PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 200 inclusive of the Complaint as though set forth in full.

**202.**  On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 1009(a), **Response Pleading**, to Plaintiff's detriment.

### COUNT 99- 11 USC Rule 1019

**203.  PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 202 inclusive of the Complaint as though set forth in full.

**204.**  On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 1019, **Conversion**, to Plaintiff's detriment.

### COUNT 100- 11 USC Rule 1020

**205.  PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 204 inclusive of the Complaint as though set forth in full.

**206.**  On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 1019, **Small Business**, to Plaintiff's detriment.

Complaint for Damages -31-

### COUNT 101- 11 USC Rule 2003(a)

**207.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 206 inclusive of the Complaint as though set forth in full.

**208.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 2003(a), **Meeting Chapter 11 Case**, to Plaintiff's detriment.

### COUNT 102- 11 USC Rule 2003(a)(b)

**209.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 208 inclusive of the Complaint as though set forth in full.

**210.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 2003(a)(b), **U. S. Trustee Preside**, to Plaintiff's detriment.

### COUNT 103- 11 USC Rule 2004(a)(b)

**211.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 210 inclusive of the Complaint as though set forth in full.

**212.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 2004(a)(b), **Examination**, to Plaintiff's detriment.

### COUNT 104- 11 USC Rule 2007(a)(b)(c)

**213.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 212 inclusive of the Complaint as though set forth in full.

**214.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 2007(a)(b)(c), **Appointment Chapter 11** , to Plaintiff's detriment.

### COUNT 105- 11 USC Rule 2011(a)(b)(c)

**215.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 214 inclusive of the Complaint as though set forth in full.

**216.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 2011(a)(b)(c), **Evidence Chapter 11** , to Plaintiff's detriment.

### COUNT 106- 11 USC Rule 2014(a)

**217.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 216 inclusive of the Complaint as though set forth in full.

**218.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 2014(a), **Employment Professional** , to Plaintiff's detriment.

### COUNT 107- 11 USC Rule 2015(a)(1)(5)(6)

**219.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 218 inclusive of the Complaint as though set forth in full.

**220.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 2015(a)(1)(5)(6), **Keep Records** , to Plaintiff's detriment.

### COUNT 108- 11 USC Rule 2015.3(a)(b)(d)

**221.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 220 inclusive of the Complaint as though set forth in full.

**222.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 2015.3(a)(b)(d), **Reports Chapter 11**, to Plaintiff's detriment.

Complaint for Damages -33-

## COUNT 109- 11 USC Rule 2016(a)

**223.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 222 inclusive of the Complaint as though set forth in full.

**224.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 2016(a), **Compensation Chapter 11** , to Plaintiff's detriment.

## COUNT 110- 11 USC Rule 2019

**225.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 224 inclusive of the Complaint as though set forth in full.

**226.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 2019, **Disclosure Chapter 11** , to Plaintiff's detriment.

## COUNT 111- 11 USC Rule 3001(a)(b)(c)

**227.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 226 inclusive of the Complaint as though set forth in full.

**228.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 3001(a(b)(c), **Filing Proof of Claim** , to Plaintiff's detriment.

## COUNT 112- 11 USC Rule 3002(a)(e)(1)(6)

**229.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 228 inclusive of the Complaint as though set forth in full.

**230.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 3002(a)(e)(1)(6), **Filing Proof of Claim** , to Plaintiff's detriment.

Complaint for Damages -34-

## COUNT 113- 11 USC Rule 3003(a)(b)(1)(c)

**231.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 230 inclusive of the Complaint as though set forth in full.

**232.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 3002(a)(b)(1)(c), **Filing Proof of Claim** , to Plaintiff's detriment.

## COUNT 114- 11 USC Rule 3007

**233.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 232 inclusive of the Complaint as though set forth in full.

**234.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 3002(a)(b)(1)(c), **Objections Claim** , to Plaintiff's detriment.

## COUNT 115- 11 USC Rule 3016

**235.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 234 inclusive of the Complaint as though set forth in full.

**236.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 3016, **Filing of Plan** , to Plaintiff's detriment.

## COUNT 116- 11 USC Rule 3017.1

**237.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 236 inclusive of the Complaint as though set forth in full.

**238.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 3016, **Small Business** , to Plaintiff's detriment.

Complaint for Damages -35-

## COUNT 117- 11 USC Rule 4001(a)(d)

**239.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 238 inclusive of the Complaint as though set forth in full.

**240.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 4001(a)(d), **Relief Stay**, to Plaintiff's detriment.

## COUNT 118- 11 USC Rule 4003(a)(b)(c)

**241.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 240 inclusive of the Complaint as though set forth in full.

**242.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 4003(a)(b)(c), **Relief Stay**, to Plaintiff's detriment.

## COUNT 119- 11 USC Rule 4004(a)(b)(c)(d)(g)

**243.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 242 inclusive of the Complaint as though set forth in full.

**244.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 4004(a)(b)(c)(d)(g), **Discharge**, to Plaintiff's detriment.

## COUNT 120- 11 USC Rule 4005

**245.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 244 inclusive of the Complaint as though set forth in full.

**246.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 4005, **Burden of Proof**, to Plaintiff's detriment.

Complaint for Damages -36-

## COUNT 121- 11 USC Rule 4007(a)(b)(c)

**247.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 246 inclusive of the Complaint as though set forth in full.

**248.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 4007(a)(b)(c), **Discharge**, to Plaintiff's detriment.

## COUNT 122- 11 USC Rule 5002(a)(b)

**249.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 248 inclusive of the Complaint as though set forth in full.

**250.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 5002(a)(b)(c), **Restrictions Appointment**, to Plaintiff's detriment.

## COUNT 123- 11 USC Rule 5004(a)(b)

**251.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 250 inclusive of the Complaint as though set forth in full.

**252.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 5004(a)(b)(c), **Disqualification**, to Plaintiff's detriment.

## COUNT 124- 11 USC Rule 5010

**253.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 252 inclusive of the Complaint as though set forth in full.

**254.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 5010, **Reopening**, to Plaintiff's detriment.

### COUNT 125- 11 USC Rule 5011(a)

**255.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 254 inclusive of the Complaint as though set forth in full.

**256.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 5011(a), **Withdrawal**, to Plaintiff's detriment.

### COUNT 126- 11 USC Rule 6004(a)(b)(c)(e)(f)(g)

**257.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 256 inclusive of the Complaint as though set forth in full.

**258.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 6004(a)(b)(c)(e)(f)(g), **Sale**, to Plaintiff's detriment.

### COUNT 127- 11 USC Rule 6005

**259.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 258 inclusive of the Complaint as though set forth in full.

**260.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 6005, **Appraiser**, to Plaintiff's detriment.

### COUNT 128- 11 USC Rule 6008

**261.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 260 inclusive of the Complaint as though set forth in full.

**262.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 6008, **Redemption of Property**, to Plaintiff's detriment.

### COUNT 129- 11 USC Rule 6009

**263.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 262 inclusive of the Complaint as though set forth in full.

**264.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 6009, **Prosecution Defense**, to Plaintiff's detriment.

### COUNT 130- 11 USC Rule 7001(1)(2)(4)(9)(10)

**265.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 198 inclusive of the Complaint as though set forth in full.

**266.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 7001(1)(2)(4)(9)(10), **Scope of Rules**, to Plaintiff's detriment.

### COUNT 131- 11 USC Rule 7002

**267.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 266 inclusive of the Complaint as though set forth in full.

**268.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 7002, **FRivP**, to Plaintiff's detriment.

### COUNT 132- 11 USC Rule 7003

**269.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 268 inclusive of the Complaint as though set forth in full.

**270.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 7003, **Adversary Proceeding**, to Plaintiff's detriment.

## COUNT 133- 11 USC Rule 7004(a)(b)

**271.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 270 inclusive of the Complaint as though set forth in full.

**272.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 7004(a)(b), **Process**, to Plaintiff's detriment.

## COUNT 134- 11 USC Rule 7008

**273.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 272 inclusive of the Complaint as though set forth in full.

**274.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 7008, **Pleading**, to Plaintiff's detriment.

## COUNT 135- 11 USC Rule 7012(a)(b)

**275.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 274 inclusive of the Complaint as though set forth in full.

**276.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 7012(a)(b), **Defenses**, to Plaintiff's detriment.

## COUNT 136- 11 USC Rule 7041

**277.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 276 inclusive of the Complaint as though set forth in full.

**278.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 7041, **Dismissal Adversary Proceedings**, to Plaintiff's detriment.

Complaint for Damages -40-

## COUNT 137- 11 USC Rule 7052

**279.   PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 278 inclusive of the Complaint as though set forth in full.

**280.**   On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 7052, **Findings by Court**, to Plaintiff's detriment.

## COUNT 138- 11 USC Rule 7064

**281.   PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 280 inclusive of the Complaint as though set forth in full.

**282.**   On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 7064, **Seizure**, to Plaintiff's detriment.

## COUNT 139- 11 USC Rule 7069

**283.   PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 282 inclusive of the Complaint as though set forth in full.

**284.**   On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 7069, **Execution**, to Plaintiff's detriment.

## COUNT 140- 11 USC Rule 9001

**285.   PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 284 inclusive of the Complaint as though set forth in full.

**286.**   On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 9001, **Definitions**, to Plaintiff's detriment.

Complaint for Damages -41-

### COUNT 141- 11 USC Rule 9003(a)

**287.**  **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 286 inclusive of the Complaint as though set forth in full.

**288.**  On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 9003(a), **Prohibition of Ex Parte**, to Plaintiff's detriment.

### COUNT 142- 11 USC Rule 9006(a)(b)

**289.**  **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 288 inclusive of the Complaint as though set forth in full.

**290.**  On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 9006(a)(b), **Extending Time**, to Plaintiff's detriment.

### COUNT 143- 11 USC Rule 9009(a)

**291.**  **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 290 inclusive of the Complaint as though set forth in full.

**292.**  On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 9009(a), **Forms**, to Plaintiff's detriment.

### COUNT 144- 11 USC Rule 9010(c)

**293.**  **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 292 inclusive of the Complaint as though set forth in full.

**294.**  On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 9010(c), **Power of Attorney**, to Plaintiff's detriment.

Complaint for Damages -42-

### COUNT 145- 11 USC Rule 9011(b)(1)(2)(3)(4)

**295.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 294 inclusive of the Complaint as though set forth in full.

**296.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 9011(b)(1)(2)(3)(4), **Signing of Papers**, to Plaintiff's detriment.

### COUNT 146- 11 USC Rule 9014(a)(c)

**297.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 296 inclusive of the Complaint as though set forth in full.

**298.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 9014(a)(c), **Contested Matters**, to Plaintiff's detriment.

### COUNT 147- 11 USC Rule 9017

**299.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 298 inclusive of the Complaint as though set forth in full.

**300.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 9017, **Evidence**, to Plaintiff's detriment.

### COUNT 148- 11 USC Rule 9029(a)(1)

**301.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 300 inclusive of the Complaint as though set forth in full.

**302.** On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 9029(a)(1), **Local Rules**, to Plaintiff's detriment.

Complaint for Damages -43-

### COUNT 149- 11 USC Rule 9033(a)(c)(d)

**303.**  **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 302 inclusive of the Complaint as though set forth in full.

**304.**  On **March 6, 2018**, Defendants ignored the provisions of 11 USC Rule 9033(a)(c)(d), **Finding of Facts & Law**, to Plaintiff's detriment.

### COUNT 150- 11 USC Form #410

**305.**  **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 304 inclusive of the Complaint as though set forth in full.

**306.**  On **March 6, 2018**, Defendants ignored the provisions of 11 USC Form #410, **Proof of Claim**, to Plaintiff's detriment.

### COUNT 151- Local Rule 1017-1(a)(3)

**307.**  **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 306 inclusive of the Complaint as though set forth in full.

**308.**  On **March 6, 2018**, Defendants ignored the provisions of Local Rule 1017-1(a)(3), **Debtor Decision**, to Plaintiff's detriment.

### COUNT 152- Local Rule 2004-1(b)(e)

**309.**  **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 308 inclusive of the Complaint as though set forth in full.

**310.**  On **March 6, 2018**, Defendants ignored the provisions of Local Rule 2004-1(b)(e), **Examination**, to Plaintiff's detriment.

Complaint for Damages -44-

### COUNT 153- Local Rule 3003-1

**311.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 310 inclusive of the Complaint as though set forth in full.

**312.** On **March 6, 2018**, Defendants ignored the provisions of Local Rule 3003-1, **Bar Date**, to Plaintiff's detriment.

### COUNT 154- Local Rule 3007-1(a)(1)

**313.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 312 inclusive of the Complaint as though set forth in full.

**314.** On **March 6, 2018**, Defendants ignored the provisions of Local Rule 3007-1(a)(1), **Contested Matter**, to Plaintiff's detriment.

### COUNT 155- Local Rule 3007-1(b)(1)

**315.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 314 inclusive of the Complaint as though set forth in full.

**316.** On **March 6, 2018**, Defendants ignored the provisions of Local Rule 3007-1(b)(1), **Hearing**, to Plaintiff's detriment.

### COUNT 156- Local Rule 4001-1

**317.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 316 inclusive of the Complaint as though set forth in full.

**318.** On **March 6, 2018**, Defendants ignored the provisions of Local Rule 4001-1, **Motions**, to Plaintiff's detriment.

Complaint for Damages -45-

## COUNT 157- Local Rule 4002-1

**319.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 318 inclusive of the Complaint as though set forth in full.

**320.** On **March 6, 2018**, Defendants ignored the provisions of Local Rule 4002-1, **Debtor**, to Plaintiff's detriment.

## COUNT 158- Local Rule 5011-1

**321.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 320 inclusive of the Complaint as though set forth in full.

**322.** On **March 6, 2018**, Defendants ignored the provisions of Local Rule 5011-1, **Withdrawal**, to Plaintiff's detriment.

## COUNT 159- Local Rule 7008-1

**323.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 322 inclusive of the Complaint as though set forth in full.

**324.** On **March 6, 2018**, Defendants ignored the provisions of Local Rule 7008-1, **Core, Noncore**, to Plaintiff's detriment.

## COUNT 160- Local Rule 9013-1(a)(1)

**325.** **PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 324 inclusive of the Complaint as though set forth in full.

**326.** On **March 6, 2018**, Defendants ignored the provisions of Local Rule 9013-1(a)(1), **Contested Matter**, to Plaintiff's detriment.

Complaint for Damages -46-

### COUNT 161- Local Rule 9013-4

**327.    PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 326 inclusive of the Complaint as though set forth in full.

**328.    On March 6, 2018,** Defendants ignored the provisions of Local Rule 9013-4, **Error of Law,** to Plaintiff's detriment.

### COUNT 162- USLA 5.1

**329.    PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 328 inclusive of the Complaint as though set forth in full.

**330.    On March 6, 2018,** Defendants ignored the provisions of USLA 5.1, **Real Property Questionnaire, Principal Residence,** to Plaintiff's detriment.

### COUNT 163- Official Form 309E

**331.    PLAINTIFF** realleges and incorporates herein by reference Paragraphs 1 through 330 inclusive of the Complaint as though set forth in full.

**332.    On March 6, 2018,** Defendants ignored the provisions of USLA 5.1, **Notice of Chapter 11 Bankruptcy Case,** to Plaintiff's detriment.

### PRAYER

**42 USC Chapter 21, Subchapter 1, §§1963, 1983, 1985,** states as follows: "**Every person** who, under **color of any statute,** ordinance, regulation, custom, or usage, of any State or territory or the District of Columbia, subjects, or causes to be subjected, **any citizen of the United States** … to the **deprivation** of any **rights, privileges, or immunities, secured by the** Constitution and laws, **shall be liable to the party injured in an action at law for treble damages." Personal Property valued at**

Complaint for Damages -47-

$1,865,138.00, Real Estate valued at $8,839,288.00 or a total of $10,704,426.00,

For treble damages, of <u>$32,113,278.00</u>.

<u>Demand for judgment for relief</u>
<u>Count 1- 28 USC §3014, Exempt Property, $32,113,278.00.</u>
<u>Count 2- U. S. Constitution Art. 1, §8[4], $32,113,278.00.</u>
<u>Count 3- U. S. Constitution Art. 1 §8[18], $32,113,278.00.</u>
<u>Count 4- U. S. Constitution Art. 1II §1, $32,113,278.00.</u>
<u>Count 5- U. S. Constitution Art. 1II §1. 2[1], $32,113,278.00.</u>
<u>Count 6- U. S. Constitution Art. IV §2, $32,113,278.00.</u>
<u>Count-7 U. S. Constitution Art. VI §2, $32,113,278.00.</u>
<u>Count-8 U. S. Constitution 4th Amendment, $32,113,278.00.</u>
<u>Count-9 U. S. Constitution 5th Amendment, $32,113,278.00.</u>
<u>Count-10 U. S. Constitution 5th Amendment, $32,113,278.00.</u>
<u>Count-11 U. S. Constitution 6th Amendment, $32,113,278.00.</u>
<u>Count-12 U. S. Constitution 9th Amendment, $32,113,278.00.</u>
<u>Count-13 U. S. Constitution 14th Amendment, $32,113,278.00.</u>
<u>Count-14 U. S. Constitution 14th Amendment, $32,113,278.00.</u>
<u>Count-15 28 USC §152(a)(1)(b)(3)(e) $32,113,278.00.</u>
<u>Count-16 28 USC §157(b)(1)(B)(C)(c)(1)(d) $32,113,278.00.</u>
<u>Count-17 28 USC §453 $32,113,278.00</u>
<u>Count-18 28 USC §455 $32,113,278.00</u>
<u>Count-19 28 USC §564 $32,113,278.00</u>
<u>Count-20 28 USC §566(a)(b)(c)(d) $32,113,278.00</u>
<u>Count-21 28 USC §586(a)(1)(2)(3)(A)(B) $64,226,556.00</u>
<u>Count-22 28 USC §586(a)(3)(F) $32,113,278.00</u>
<u>Count-23 28 USC §586(a)(3)(H) $32,113,278.00</u>
<u>Count-24 28 USC §586(a)(5) $32,113,278.00</u>
<u>Count-25 28 USC §1331 $32,113,278.00</u>
<u>Count-26 28 USC §1334(a)(b)(c)(1)(2)(d)(e) $32,113,278.00.</u>
<u>Count-27 28 USC §1343(a) $32,113,278.00</u>
<u>Count-28 28 USC §1356 $32,113,278.00.</u>
<u>Count-29 28 USC §1357 $32,113,278.00.</u>
<u>Count-30 28 USC §1361 $32,113,278.00.</u>
<u>Count-31 28 USC §1367(a) $32,113,278.00.</u>
<u>Count-32 28 USC §1409(a)(e) $32,113,278.00.</u>
<u>Count-33 28 USC §1411(a) $32,113,278.00.</u>
<u>Count-34 28 USC §1452(a)(b) $32,113,278.00.</u>

Complaint for Damages -48-

Count-35 28 USC §1652 $32,113,278.00.
Count-36 28 USC §1657(a) $32,113,278.00.
Count-37 28 USC §1733(a) $32,113,278.00.
Count-38 28 USC §1826(a) $32,113,278.00.
Count-39 28 USC §1964 $32,113,278.00.
Count-40 28 USC §2001 $32,113,278.00.
Count-41 28 USC §2005 $32,113,278.00.
Count-42 28 USC §3102(a)(1) $32,113,278.00.
Count-43 28 USC §3102(g)(2)(3)(4) $32,113,278.00.
Count-44 28 USC §3203(a) $32,113,278.00.
Count-45 18 USC §152(4)(5)(6)(8) $32,113,278.00.
Count-46 18 USC §153 $32,113,278.00.
Count-47 18 USC §157 $32,113,278.00.
Count-48 USC §1519 $32,113,278.00.
Count-49 11 USC §101(5) $32,113,278.00.
Count-50 11 USC §101(10) $32,113,278.00.
Count-51 11 USC §101(12) $32,113,278.00.
Count-52 11 USC §101(27) $32,113,278.00.
Count-53 11 USC §101(32) $32,113,278.00.
Count-54 11 USC §101(51) $32,113,278.00.
Count-55 11 USC §102(1)(A)(B)(1) $32,113,278.00.
Count-56 11 USC §105(a)(e) $32,113,278.00.
Count-57 11 USC §106(b) $32,113,278.00.
Count-58 11 USC §109(a) $32,113,278.00.
Count-59 11 USC §301(a)(b) $32,113,278.00.
Count-60 11 USC §322(a) $32,113,278.00.
Count-61 11 USC §323(a)(b) $32,113,278.00.
Count-62 11 USC §324(a)(b) $32,113,278.00.
Count-63 11 USC §326(a)(d) $32,113,278.00.
Count-64 11 USC §327(a) $32,113,278.00.
Count-65 11 USC §328(a)(b)(c) $32,113,278.00.
Count-66 11 USC §330(a)(3)(A)(B)(C)(D) $32,113,278.00.
Count-67 11 USC §330(4)(A)(i)(ii)(I)(II) $32,113,278.00.
Count-68 11 USC §341(a)(b)(c) $32,113,278.00.
Count-69 11 USC §348(a)(b)(c) $32,113,278.00.
Count-70 11 USC §350(b) $32,113,278.00.
Count-71 11 USC §362(a)(1-6)(c)(1)(2)(d) $32,113,278.00.
Count-72 11 USC §363(a)(b)(1)(c)(1)(f)(1)(2) $32,113,278.00.

Count-73 11 USC §365(b)(2)(A)(c)(1)(B)(e) $32,113,278.00.
Count-74 11 USC §501(a) $32,113,278.00.
Count-75 11 USC §502(b)(1)(5)(e)(1)(A)(B) $32,113,278.00.
Count-76 11 USC §522(b)(1)(3)(A)(o)(1)(p)(1)(A) $32,113,278.00.
Count-77 11 USC §524(a)(b)(d)(g)(1)(A)(2)(4)(A) $32,113,278.00.
Count-78 11 USC §525(a)(b)(d)(1)(2)(3) $32,113,278.00.
Count-79 11 USC §541(b)(1) $32,113,278.00.
Count-80 11 USC §546(a)(1)(A)(B)(b)(1)(2)(e)(1) $32,113,278.00.
Count-81 11 USC §547(b)(3)(f)(g) $32,113,278.00.
Count-82 11 USC §551(b)(1) $32,113,278.00.
Count-83 11 USC §558(a) $32,113,278.00.
Count-84 11 USC §1101(1) $32,113,278.00.
Count-85 11 USC §1102(a)(1) $32,113,278.00.
Count-86 11 USC §1104(a)(1)(2)(b)(1)(2)(c)(1)(2) $32,113,278.00.
Count-87 11 USC §1105 $32,113,278.00.
Count-88 11 USC §1106(a)(4)(A) $32,113,278.00.
Count-89 11 USC §1107(a)(b) $32,113,278.00.
Count-90 11 USC §1111(a)(b)(1)(A) $32,113,278.00.
Count-91 11 USC §1112(a)(b)(1)(2)(f) $32,113,278.00.
Count-92 11 USC §1115(a)(b) $32,113,278.00.
Count-93 11 USC §1129(a)(b)(1)(f) $32,113,278.00.
Count-94 42 USC §§1963, 1983, 1985 $32,113,278.00.
Count-95 BKR 11 USC Rule 1001 $32,113,278.00.
Count-96 BKR 11 USC Rule 1002 $32,113,278.00.
Count-97 BKR 11 USC Rule 1009(a) $32,113,278.00.
Count-98 BKR 11 USC Rule 1011 $32,113,278.00.
Count-99 BKR 11 USC Rule 1019(a) $32,113,278.00.
Count-100 BKR 11 USC Rule 1020 $32,113,278.00.
Count-101 BKR 11 USC Rule 2003(a) $32,113,278.00.
Count-102 BKR 11 USC Rule 2003(a)(b) $32,113,278.00.
Count-103 BKR 11 USC Rule 2004(a)(b) $32,113,278.00.
Count-104 BKR 11 USC Rule 2007.1(a)(b)(c) $32,113,278.00.
Count-105 BKR 11 USC Rule 2011(a)(b)(c) $32,113,278.00.
Count-106 BKR 11 USC Rule 2014(a) $32,113,278.00.
Count-107 BKR 11 USC Rule 2015(a)(1)(5)(6) $32,113,278.00.
Count-108 BKR 11 USC Rule 2015.3(a)(b)(d) $32,113,278.00.
Count-109 BKR 11 USC Rule 2016(a) $32,113,278.00.
Count-110 BKR 11 USC Rule 2019 $32,113,278.00.

Complaint for Damages -50-

**Count-111 BKR 11 USC Rule 3001(a)(b)(c) $32,113,278.00.**
**Count-112 BKR 11 USC Rule 3002(a)(c)(1)(6) $32,113,278.00.**
**Count-113 BKR 11 USC Rule 3003(a)(b)(1)(c) $32,113,278.00.**
**Count-114 BKR 11 USC Rule 3007 $32,113,278.00.**
**Count-115 BKR 11 USC Rule 3016 $32,113,278.00.**
**Count-116 BKR 11 USC Rule 3017.1 $32,113,278.00.**
**Count-117 BKR 11 USC Rule 4001(a)(d) $32,113,278.00.**
**Count-118 BKR 11 USC Rule 4003(a)(b)(c) $32,113,278.00.**
**Count-119 BKR 11 USC Rule 4004(a)(b)(c)(d)(g) $32,113,278.00.**
**Count-120 BKR 11 USC Rule 4005 $32,113,278.00.**
**Count-121 BKR 11 USC Rule 4007(a)(b)(c) $32,113,278.00.**
**Count-122 BKR 11 USC Rule 5002(a)(b) $32,113,278.00.**
**Count-123 BKR 11 USC Rule 5004(a)(b) $32,113,278.00.**
**Count-124 BKR 11 USC Rule 5010 $32,113,278.00.**
**Count-125 BKR 11 USC Rule 5011(a) $32,113,278.00.**
**Count-126 BKR 11 USC Rule 6004(a)(b)(c)(e)(f)(g) $32,113,278.00.**
**Count-127 BKR 11 USC Rule 6005(a) $32,113,278.00.**
**Count-128 BKR 11 USC Rule 6008 $32,113,278.00.**
**Count-129 BKR 11 USC Rule 6009 $32,113,278.00.**
**Count-130 BKR 11 USC Rule 7001(1)(2)(4)(9)(10) $32,113,278.00.**
**Count-131 BKR 11 USC Rule 7002 $32,113,278.00.**
**Count-132 BKR 11 USC Rule 7003 $32,113,278.00.**
**Count-133 BKR 11 USC Rule 7004(a)(b) $32,113,278.00.**
**Count-134 BKR 11 USC Rule 7008 $32,113,278.00.**
**Count-135 BKR 11 USC Rule 7012(a)(b) $32,113,278.00.**
**Count-136 BKR 11 USC Rule 7041 $32,113,278.00.**
**Count-137 BKR 11 USC Rule 7052 $32,113,278.00.**
**Count-138 BKR 11 USC Rule 7064 $32,113,278.00.**
**Count-139 BKR 11 USC Rule 7069 $32,113,278.00.**
**Count-140 BKR 11 USC Rule 9001 $32,113,278.00.**
**Count-141 BKR 11 USC Rule 9003(a) $32,113,278.00.**
**Count-142 BKR 11 USC Rule 9006(a)(b) $32,113,278.00.**
**Count-143 BKR 11 USC Rule 9009(a) $32,113,278.00.**
**Count-144 BKR 11 USC Rule 9010(c) $32,113,278.00.**
**Count-145 BKR 11 USC Rule 9011(b)(1)(2)(3)(4) $32,113,278.00.**
**Count-146 BKR 11 USC Rule 9014(a)(c) $32,113,278.00.**
**Count-147 BKR 11 USC Rule 9017 $32,113,278.00.**
**Count-148 BKR 11 USC Rule 9029(a)(1) $32,113,278.00.**

Complaint for Damages -51-

**Count-149 BKR 11 USC Rule 9033(a)(c)(d) $32,113,278.00.**
**Count-150 11 USC Form #410 $32,113,278.00.**
**Count-151 Local Rule 1017-1(a)(3) $32,113,278.00.**
**Count-152 Local Rule 2004-1(b)(c) $32,113,278.00.**
**Count-153 Local Rule 3003-1 $32,113,278.00.**
**Count-154 Local Rule 3007-1(a)(1) $32,113,278.00.**
**Count-155 Local Rule 3007-1(b)(1) $32,113,278.00.**
**Count-156 Local Rule 4001-1 $32,113,278.00.**
**Count-157 Local Rule 4002-1 $32,113,278.00.**
**Count-158 Local Rule 5011-1 $32,113,278.00.**
**Count-159 Local Rule 7008-1 $32,113,278.00.**
**Count-160 Local Rule 9013-1(a)(1) $32,113,278.00.**
**Count-161 Local Rule 9013-4 $32,113,278.00.**
**Count-162 USLA 5.1 $32,113,278.00.**
**Count-163 Notice of Chapter 11 Bankruptcy $32,113,278.00.**

**Issues to be Decided by Jury Determination**

**Violations of Crimes Against the Elderly, Interference with Business, Malice, Fraud and Deceit, Conspiracy, Invasion of Privacy, Falsity, (Scienter), Slander of Title, Probable Cause, Artistic Infringement, California Constitution Art. 81, CCP §§ 493.010, 493.030, 493.040, 493.060, 726, 1139, 1180, CRC 3.1360, Evidence Code §§115, 160, 300, 623, 657, 662, 666, 668, 956, 958, 981, 1225, 1301, 1452, 1530, 1532, 1600, Probate Code §§15200, 15201, 15202, 15210, C.C. §§2822, 2903, 2911, Penal Code §§186.12, 368, 631. 634.**

**Interest**

**Pursuant to California Civil Code §§3287, 3288, 3294, California Code of Civil Procedures §§1268.310(a)(b)(c).** **Interest on Interest,** **Pursuant to California Civil Code §3291, California Code of Civil Procedures §1268.360.**

**DEMAND FOR JURY TRIAL,** Local Rule 38.1

Date: September 8, 2025

Jack R. Finnegan

Complaint for Damages -53-

## <u>Verification</u>

I Jack R. Finnegan, declare as follows, I am the Plaintiff for the Complaint herein. I have prepared and read the forgoing Pleading and know of its contents. The facts alleged in the Pleading are within my own knowledge, and I know these facts to be true because of my familiarity with the relevant facts pertaining to the trial proceedings. I declare under penalty of perjury that the foregoing is true and correct.

Date: September <u>8</u>, 2025

Jack R. Finnegan

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Orange_ )

On _25th April 20.17_ before me, _MARYANNE SCARPONI, NOTARY PUBLIC_

     *Date*                           *Here Insert Name and Title of the Officer*

personally appeared _Jack R Finnegan_

                                 *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> MARYANNE SCARPONI
> COMM. # 2108125
> NOTARY PUBLIC · CALIFORNIA
> ORANGE COUNTY
> COMM. EXPIRES MAY 19, 2019

Signature _Maryanne Scarponi_

                *Signature of Notary Public*

*Place Notary Seal Above*

———————————— **OPTIONAL** ————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Grant Deed_

Document Date: _4-25-17_            Number of Pages: _1_

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- Corporate Officer — Title(s): _____
- Partner — ☐ Limited ☐ General
- Individual ☐ Attorney in Fact
- Trustee ☐ Guardian or Conservator
- Other: _____

Signer Is Representing: _____

Signer's Name: _____
- Corporate Officer — Title(s): _____
- Partner — ☐ Limited ☐ General
- Individual ☐ Attorney in Fact
- Trustee ☐ Guardian or Conservator
- Other: _____

Signer Is Representing: _____

©2016 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)     Item #5907

## ARTICLE IV Amendment and Revocation

A.  It is understood that the grantor reserves the right to amend or revoke this trust at any time during the grantor's life time without notifying any beneficiary.  An amendment must be made in writing and signed by the grantor.  Revocation may be in writing or any manner allowed by law.  The Trustees may receive, as part of this Trust, additional real and personal property by assignment, transfer, deed or other conveyance, or by any other means, testamentary or inter vivos, for inclusion in the Trust herein created.

B.  Until the death of the grantor, all rights to all income, profits, and control of the Trust Property shall be retained by the grantor.  The power to revoke or amend this trust is personal to the grantor.  A conservator, guardian, or other person shall not exercise it on behalf of the grantor, unless the grantor specifically grants a power to revoke or amend this trust in a Durable Power of Attorney.

C.  If the grantor's principal residence is held in this trust, grantor has the right to possess and occupy it for life, rent free and without charge, except for taxes, insurance, maintenance and related costs and expenses.  This right is intended to give grantor a beneficial interest in the property and to ensure that the grantor does not lose eligibility for a state homestead tax exemption for which grantor otherwise qualifies.

D.  If the grantor becomes physically or mentally incapacitated and is no longer able to manage this trust, the person or persons named as successor trustee shall serve as trustee.  The determination of the grantor's capacity to manage this trust shall be made by those of the persons listed below who are reasonably available when the successor trustee (or any of them, if two or

Attorney or Party Name, Address, Telephone and FAX

> Jack Richard Finnegan
> 871 Avenida Acapulco
> San Clemente CA 92672
> 949-492-3738

☑ Pro Se Debtor

| OFFICE OF THE UNITED STATES TRUSTEE<br>LOS ANGELES DIVISION | SUBMIT TO UNITED STATES TRUSTEE<br>– DO NOT FILE WITH COURT |
|---|---|
| In Re:<br><br>Jack Richard Finnegan<br><br>Debtor-In-Possession. | Case Number 8:18-bk-10762-TA<br><br>**REAL PROPERTY QUESTIONNAIRE<br>FOR PRINCIPAL RESIDENCE** |

THIS QUESTIONAIRE IS TO BE FILLED OUT BY DEBTOR(S) FOR THEIR PRINCIPAL RESIDENCE ONLY. USTLA-5 MUST BE USED FOR ALL OTHER OWNED OR LEASED REAL PROPERTY. THE QUESTIONNAIRE IS DUE WITHIN 7 DAYS FROM THE FILING OF A BANKRUPTCY PETITION. IF ADDITIONAL TIME IS NEEDED, DEBTORS AND THEIR ATTORNEYS SHOULD CONTACT THE U.S. TRUSTEE TRIAL ATTORNEY ASSIGNED TO THEIR CASE TO REQUEST A REASONABLE EXTENSION OF TIME FOR GOOD CAUSE SHOWN.

| **SECTION ONE: PROPERTY OWNED OR BEING PURCHASED BY DEBTOR** |
|---|

| A. | Address of property including county and state in which it is located:<br><br>871 Avenida Acapulco, Orange County, California |
|---|---|
| B. | Percentage interest in the property owned by the Debtor: *100%* |
| C. | Date of Debtor's Acquisition of the Property: *3/16/87*<br><br>Purchase Price: $ *125,000.00* |
| D. | Present Fair Market Value: $ *5,900,000.00* |
| E. | State source and basis of the above fair market value:<br><br>Coldwell Banker |
| F. | State the name of the titleholder of record as of the date of filing the Petition:<br><br>The Jack R. Finnegan, Living Trust |

Effective September 1, 2011

*USTLA 5.1*

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jack Richard Finnegan** | Social Security number or ITIN   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 |
| | First Name   Middle Name   Last Name | EIN |
| Debtor 2 | | Social Security number or ITIN |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN |
| United States Bankruptcy Court   **Central District of California** | | |
| Case number:   **8:18-bk-10762-TA** | | Date case filed for chapter 11   **3/6/18** |

## Official Form 309E (For Individuals or Joint Debtors)
# Notice of Chapter 11 Bankruptcy Case

12/15

For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jack Richard Finnegan | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 871 Avenida Acapulco<br>San Clemente, CA 92672 | |
| 4. | **Debtor's attorney**<br>Name and address | Jack Richard Finnegan<br>871 Avenida Acapulco<br>San Clemente, CA 92672 | Contact phone 949-492-3837<br><br>Email |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4593 | Hours open:<br>9:00AM to 4:00 PM<br><br>Contact phone 855-460-9641<br><br>Dated: 3/7/18 |

9/BEE

Official Form 309E (For Individuals or Joint Debtors)       Notice of Chapter 11 Bankruptcy Case

For more information, see pages 2 and 3>